Certificate Number: 17082-MSS-DE-039594851

Bankruptcy Case Number: 25-50336



17082-MSS-DE-039594851

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on April 24, 2025, at 2:14 o'clock PM MST, ALAN G SMITH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: April 25, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director